NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE MEYER GROUP, LTD.,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellant*

---

2015-5117

---

Appeal from the United States Court of Federal Claims in No. 1:12-cv-00488-MCW, Judge Mary Ellen Coster Williams.

---

**JUDGMENT**

---

MICHAEL KAY ROSS, Aegis Law Group LLP, Washington, DC, argued for plaintiff-appellee.

DOUGLAS T. HOFFMAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellant. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DONALD E. KINNER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* REYNA and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 March 16, 2016                        /s/ Daniel E. O'Toole
Date                             Daniel E. O'Toole
                                 Clerk of Court